UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHRISTINE A. SABB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:13-CV-166 |
| v. | ) (CALDWELL/SHIRLEY) |
| | ) |
| KNOXVILLE WHOLESALE FURNITURE, | ) |
| COMPANY, INC., and TIM HARRIS, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court is Plaintiff's Motion to Amend Complaint [Doc. 10], filed August 5, 2013.

The Court finds, first, that no party has responded in opposition to the Motion to Amend Complaint, and the time for doing so has expired. See E.D. Tenn. L.R. 7.1(a), Fed. R. Civ. P. 6(d), 5(b)(2)(E). In addition, counsel for the Defendants has represented to the chambers of the undersigned that the Defendants do not oppose the request to amend.

Second, the Court finds that the Plaintiff has made a sufficient showing to support affording leave to amend under Rule 15 of the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a) ("The court should freely give leave when justice so requires.").

Finally, the Court finds that the Plaintiff has complied with Local Rule 15.1 by attaching a copy of the proposed pleading to her motion. See E.D. Tenn. L.R. 15.1.

Accordingly, the Court finds that the Motion for to Amend Complaint **[Doc. 10]** is well-taken, and it is **GRANTED**.  The Clerk of Court **SHALL DOCKET** the First Amended Complaint [Doc. 10-1], as the Amended Complaint in this matter.

**IT IS SO ORDERED**.

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge